UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| VICTOR MARTINEZ ROSALES, JR., <br>           Plaintiff, <br> vs. <br> CAROLYN COLVIN, <br> Commissioner of Social Security, <br>           Defendant. | ED CV 14-770-SH <br><br> JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: January 28, 2015

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE